STATE OF CONNECTICUT *v.* FRED BENNETT

The defendant's petition for certification for appeal from the Appellate Court, 66 Conn. App. 901 (AC 20429), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Auden Grogins,* special public defender, in support of the petition.

*Joy K. Fausey,* deputy assistant state's attorney, in opposition.

Decided December 20, 2001

THE CHILDREN'S SCHOOL, INC. *v.* ZONING BOARD OF APPEALS OF THE CITY OF STAMFORD

The plaintiff's petition for certification for appeal from the Appellate Court, 66 Conn. App. 615 (AC 20469), is denied.

*James A. Fulton,* in support of the petition.

*James V. Minor,* assistant corporation counsel, in opposition.

Decided December 20, 2001

TONISHA SPEARS ET AL. *v.* BENIGA GARCIA ET AL.

The petition by the city of Bridgeport and the Bridgeport fire department for certification for appeal from the Appellate Court, 66 Conn. App. 669 (AC 20487), is denied.

*Arthur C. Laske III,* assistant city attorney, in support of the petition.

Decided December 20, 2001